UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:14-CR-021-RMP-16 |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO MODIFY |
| vs. | |
| KATHRYN L. LUST-LIGGINS, | |
| Defendant. | |

Before the Court is the Defendant's Joint Motion to Modify Conditions of Release, ECF 518.  Good cause appearing therefor,

**IT IS ORDERED** that the Joint Motion to Modify Conditions of Release, **ECF No. 518,** is **GRANTED**.  Defendant is allowed to travel to Coeur d'Alene, Idaho, in order to attending meetings with her counsel.  Defendant is permitted to travel outside the Eastern District of Washington to attend her children's sporting events, expressly conditioned upon prior notification and approval from the United States Probation Office.

All other terms and conditions of pretrial release will remain in full force and effect.

DATED April 2, 2014.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1